JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP SERVICES, INC. dba ASAP COPY AND PRINT (formerly known as Ali Tazhibi dba ASAP COPY AND PRINT), et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT, et al., <br><br> Defendants. <br> CANON SOLUTIONS AMERICA, INC. (formerly known as CANON BUSINESS SOLUTIONS INC.), et al., <br><br> Real Parties in Interest. | CASE NO.  CV 15-01261-R <br><br> ORDER GRANTING REAL PARTIES IN INTEREST'S MOTION TO REMAND |

    Before the Court is Real Parties in Interests' Motion to Remand to State Court, which was filed on March 25, 2015.  (Dkt. No. 27).  Having been thoroughly briefed by both parties, this Court took the matter under submission on April 28, 2015.

    Because the Court lacks subject matter jurisdiction, this case was removed improvidently and without jurisdiction.  Accordingly, remand is proper here under Title 21 U.S.C. § 1447(c).

1   **IT IS HEREBY ORDERED** that Real Parties in Interests' Motion to Remand to State
2   Court is GRANTED.  (Dkt. No. 27).
3   Dated: May 4, 2015.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE